**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOHN STURGEON,
                    *Plaintiff-Appellant*,

v.

HERBERT FROST, in his official capacity as Alaska Regional Director of the National Park Service; GREG DUDGEON; ANDEE SEARS; DAVID BERNHARDT, Secretary of the Interior; DAVID VELA, in his official capacity as Acting Director of the National Park Service; THE NATIONAL PARK SERVICE; THE UNITED STATES DEPARTMENT OF THE INTERIOR,
                    *Defendants-Appellees.*

No. 13-36165

D.C. No.
3:11-cv-00183-HRH

ORDER

On Remand from the United States Supreme Court

Filed November 1, 2019

Before:  Jerome Farris, Dorothy W. Nelson,
and Jacqueline H. Nguyen, Circuit Judges.

## ORDER

Appellant John Sturgeon's request for action is **GRANTED**. In light of the Supreme Court's decision in *Sturgeon v. Frost*, 139 S. Ct. 1066 (2019), the opinion of this Court dated October 2, 2017, 872 F.3d 927, is **VACATED** and judgment is entered **REVERSING** the district court's judgment. We remand this case to the district court with directions to enter judgment in favor of Sturgeon consistent with the Supreme Court's opinion.

**REVERSED and REMANDED.**